# FSA Time Credit Assessment
Register Number:12649-049, Last Name:ADRIAN-TIBERIU

| U.S. DEPARTMENT OF JUSTICE | FEDERAL BUREAU OF PRISONS |
|---|---|
| Register Number....: 12649-049 | Responsible Facility: BER |
| Inmate Name | Assessment Date.....: 03-25-2023 |
|   Last.............: ADRIAN-TIBERIU | Period Start/Stop...: 12-21-2018 to 03-25-2023 |
|   First............: OPREA | Accrued Pgm Days....: 1514 |
|   Middle...........: | Disallowed Pgm Days.: 41 |
|   Suffix...........: | FTC Towards RRC/HC..: 725 |
| Gender.............: MALE | FTC Towards Release.: 0 |
| Start Incarceration: 09-04-2013 | Apply FTC to Release: No |

```
Start       Stop        Pgm Status   Pgm Days
12-21-2018  03-25-2023  accrue       1514
  Cannot apply FTC
    No Term Suprv: Yes
------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
12-21-2018  02-06-2019  accrue       47
  Accrued Pgm Days...: 47
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 10
------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
02-06-2019  03-19-2019  disallow     41
  Not in qualifying admit status
    Facility Category  Assignment    Start              Stop
     FTD      ARS      TRANSFER      02-05-2019 1410    02-05-2019 1410
     B15      ARS      A-ADMIT       02-05-2019 1410    02-05-2019 1532
     B15      ARS      RELEASE       02-05-2019 1532    02-05-2019 1532
     PHL      ARS      A-BOP HLD     02-05-2019 1532    03-18-2019 0914
     PHL      ARS      HLD REMOVE    03-18-2019 0914    03-18-2019 0914
     A01      ARS      A-ADMIT       03-18-2019 0914    03-18-2019 1753
     OKL      ARS      A-BOP HLD     03-18-2019 1653    03-19-2019 0733
     A01      ARS      RELEASE       03-18-2019 1753    03-18-2019 1753
------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
03-19-2019  07-17-2019  accrue       120
  Accrued Pgm Days...: 120
  Carry Over Pgm Days: 17
  Time Credit Factor.: 10
  Time Credits.......: 40
------------------------------------------------------------------------------
```

```
                         FSA Time Credit Assessment
                    Register Number:12649-049, Last Name:ADRIAN-TIBERIU
U.S. DEPARTMENT OF JUSTICE                                   FEDERAL BUREAU OF PRISONS
==========================================================================================

Start        Stop         Pgm Status   Pgm Days
07-17-2019   03-25-2023   accrue       1347
  Accrued Pgm Days...: 1347
  Carry Over Pgm Days: 17
  Time Credit Factor.: 15
  Time Credits.......: 675
--- FSA Assessment ----------------------------------------------------------------------
#    Start        Stop         Status       Risk Assignment  Risk Asn Start    Factor
001  12-21-2018   01-18-2019   ACTUAL       FSA R-MIN        04-28-2021 1707   10
002  01-18-2019   07-17-2019   ACTUAL       FSA R-MIN        04-28-2021 1707   10
003  07-17-2019   01-13-2020   ACTUAL       FSA R-MIN        04-28-2021 1707   15
004  01-13-2020   07-11-2020   ACTUAL       FSA R-MIN        04-28-2021 1707   15
005  07-11-2020   01-07-2021   ACTUAL       FSA R-MIN        04-28-2021 1707   15
006  01-07-2021   07-06-2021   ACTUAL       FSA R-MIN        04-28-2021 1707   15
007  07-06-2021   01-02-2022   ACTUAL       FSA R-MIN        04-28-2021 1707   15
008  01-02-2022   07-01-2022   ACTUAL       FSA R-MIN        04-28-2021 1707   15
009  07-01-2022   12-28-2022   ACTUAL       FSA R-MIN        04-19-2022 1123   15
010  12-28-2022   06-26-2023   ACTUAL       FSA R-MIN        10-14-2022 1006   15
```