UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Adrian Tiberiu Oprea

        v.

                                    Case No. 23-cv-141-SM

FCI Berlin, Warden


JUDGMENT


    Judgment is hereby entered in accordance with the Endorsed Order

by Judge Steven J. McAuliffe dated August 7, 2023.


                              By the Court:

                              _____
                              Daniel J. Lynch
                              Clerk of Court


Date: August 8, 2023

cc:  Adrian Tiberiu Oprea, pro se
     Terry L. Ollila, Esq.